IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CURLEY JOHN BROUSSARD, JR.,

    Plaintiff,                        No. CIV S-09-2506 WBS DAD P

    vs.

LEA ANN CHRONES, et al.,

    Defendants.                     <u>ORDER</u>

/

On May 14, 2010, plaintiff filed a request for reconsideration of the magistrate judge's order filed April 29, 2010, denying plaintiff's motions for appointment of counsel and permitting plaintiff to file an amended complaint consistent with the order.  Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law."  Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed April 29, 2010 (Doc. No. 14), is affirmed.

DATED:  May 20, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE