IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CURLEY JOHN BROUSSARD, JR.,

    Plaintiff,   No. CIV S-09-1506 WBS DAD P

    vs.

LEA ANN CHRONES, et al.,

    Defendants.   ORDER
_____/

    Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On April 29, 2010, the court dismissed plaintiff's complaint with leave to file an amended complaint. Plaintiff filed a request for reconsideration of that order. On May 21, 2010, the assigned District Judge affirmed the undersigned's April 29, 2010 order. Plaintiff has not filed his amended complaint; however, in the interest of justice, the court will provide plaintiff with a final extension of time to file his amended complaint.

    Accordingly, IT IS HEREBY ORDERED that:

    1. Within thirty days from the date of service of this order, plaintiff shall file an amended complaint as set forth in the court's April 29, 2010 order; the amended complaint must comply with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice; the amended complaint must bear the docket number assigned to this

1

1  case and must be labeled "Amended Complaint"; plaintiff shall use the form complaint provided
2  by the court; failure to file an amended complaint in accordance with this order will result in a
3  recommendation that this action be dismissed without prejudice; no further extensions of time
4  will be granted for this purpose; and
5        2. The Clerk of the Court is directed to provide plaintiff with the court's form
6  complaint for a § 1983 action.
7  DATED: June 11, 2010.

                                       _____
                                       DALE A. DROZD
                                       UNITED STATES MAGISTRATE JUDGE

DAD:4
brous2506.eot

2