IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CURLEY JOHN BROUSSARD, JR.,

    Plaintiff,                          No. CIV S-09-2506 WBS DAD P

    vs.

LEA ANN CHRONES, et al.,

    Defendants.                 <u>ORDER</u>

/

          Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On June 11, 2010, the court provided plaintiff with an extension of time to file his amended complaint, as ordered by the court on April 29, 2010. On June 18, 2010, plaintiff responded with a letter in which he requests that the court order a meeting between plaintiff and the Director of the California Department of Corrections and Rehabilitation, the warden, and "institution security units." (Letter, filed June 18, 2010 at 1.) Plaintiff contends that such a meeting is necessary for plaintiff to comply with the court's order. Plaintiff's request will be denied. Plaintiff has failed to demonstrate that a court order is necessary to allow him to timely file an amended complaint in this action. In addition, the court has advised plaintiff of the applicable legal standards governing the civil rights claims he is apparently attempting to allege. The court does not require a legal brief or citation to case authority in support of plaintiff's

1

1 amended complaint. Finally, plaintiff has been provided with the form complaint for a
2 § 1983 action which he should use in filing his amended complaint.
3        Accordingly, IT IS HEREBY ORDERED that plaintiff's June 18, 2010 request
4 that the court order a meeting between plaintiff and prison officials (Doc. No. 20), is denied.
5 Plaintiff is cautioned that failure to comply with the court's June 11, 2010 order will result in a
6 recommendation that this action be dismissed without prejudice.
7 DATED: June 28, 2010.

                                        *Dale A. Drozd*
                                        DALE A. DROZD
                                        UNITED STATES MAGISTRATE JUDGE

DAD:4
brous2506.ord