IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CURLEY JOHN BROUSSARD, JR.,

     Plaintiff,      No. CIV S-09-2506 WBS DAD P

    vs.

LEA ANN CHRONES, et al.,

     Defendants.    FINDINGS & RECOMMENDATIONS

   By order filed April 29, 2010, plaintiff's complaint was dismissed and on June 11, 2010, plaintiff was ordered to file an amended complaint within thirty days from the service of that order.[1] The thirty day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

   Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

   These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty-

---

[1] Plaintiff was also advised in the court's June 29, 2010 order denying plaintiff's request for a meeting between plaintiff and prison officials that he was still required to file his amended complaint pursuant to the court's June 11, 2010 order.

1

one days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: July 19, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
brous2506.fta